CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Romell Cummings

**PLAINTIFF**

218 Gordon Court

Address (No Post Office Boxes)

Elgin     IL     60123

City     State     Zip Code

VS.

United States Department of Justice

**DEFENDANT**

810 7th Street NW

Address (No Post Office Boxes)

Washington     DC     20001

City     State     Zip Code

CIVIL ACTION NO. 1:2022cv02251

Jury Trial: ☐ Yes  ☑ No

## MOTION
Motion - Cloture FOIA #23-FOIA-00283

Requesting that the United States District Court for the District of Columbia grant this motion and order the United States Department of Justice to cloture FOIA #23-00283 upon completion of the FOIA request.

This document contains a sensitive attachment titled MLK Notes. The date of the email is December 30, 2014.

The sensitivity of the document requested may be an issue of national security due to security features on the document, the historical figure involved, and the individual who sent the document (Rev. Amos C. Brown, Sr.).

Signature

Romell Cummings
Name (if applicable, Prisoner ID No.)
218 Gordon Court
Address/Facility Address
Elgin     IL     60123
City     State     Zip Code

**RECEIVED**
JUN 11 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

New: 06/21/2022